UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT KENNETH LINDELL, JR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00072-LEW |
| | ) | |
| BRIAN CASTONGUAY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff, Robert Lindell filed this action concerning prison conditions on March 2, 2020; and on March 13, 2020, he notified the Court that he intended to incur the filing fee on an installment basis, after being advised that he would be responsible for the $350 filing fee, even if the Court later dismissed his complaint pursuant to 28 U.S.C. § 1915A(b). Plaintiff now requests that the matter be dismissed without prejudice and that he be relieved of the obligation to pay the filing fee. Motion to Dismiss Without Prejudice and for Return of Filing Fee (ECF No. 5). The U.S. Marshal has not yet accomplished service on Defendant.

Plaintiff's Motion to Dismiss is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion for Return of the Filing Fee is DENIED IN

PART – any fees collected to date will not be returned – and GRANTED IN PART – Plaintiff is relieved of the obligation to make further payments.

**SO ORDERED.**

Dated this 15th day of June, 2020.

/s/ Lance E. Walker<br>
UNITED STATES DISTRICT JUDGE